hand and Seale of the s^d Addams dat^d 29th of may. 1678. w^th damages: . . . The Jury . . . found for the plaint. five pound in money damage according to bill & costs of Court, Allow^d twenty one Shilling 4^d

Execution issued 3^d may. 1679.

### LIDGETT cont^a MARE

Elizabeth Lidgett Widdow plaint. cont^a Henry Mare Defend^t for witholding the Summe of twenty five pounds ten Shillings due by bill dat^d 5th January. 1676. with damages. [ 573 ] . . . The Jury . . . found for the plaint. twenty five pounds ten Shillings in money damage according to bill and costs of Court.

### BATEMAN &c^a cont^a CROW

Joseph How and Iohn Bateman Attournys unto W^m Beale and Elizabeth his wife plaint^s cont^a Christopher Crow Defend^t for non paym^t of the Summe of thirteen pounds in money due for Rent of an house which the s^d Crow hired of them, with due damages. . . . The Jury . . . found for the plaint^s thirteen pounds in money damage & costs of Court allow^d twenty six Shillings six pence.

Execution issued 3^d May: 1679.

### KELLOND cont^a CHATWELL

Thomas Kellond plaint. cont^a Nicholas Chatwell Defend^t in an action of debt of twenty four pounds two Shillings and eight pence in money due by bill bearing date the first day of July. 1678. under the hand of the s^d Chatwell with damages; . . . The Iury . . . found for the plaint. twenty four pound two Shillings eight pence in money and costs of Court: thirty three Shillings 2^d

### VSHER cont^a STODDARD

Hezekiah Vsher and comp^a Exec^rs of the last will of m^r Hez: Vsher dece^d plaint^s cont^a m^r Anthony Stoddard Defend^t The plaint. withdrew his Accion.

### PHILLIPS cont^a LOWLE

Eleazer Phillips or his lawfull Attourny plaint. cont^a John Lowle Defend^t in an action of debt of ten pound nine Shillings and eleven